No. 92–1956. CONSOLIDATED RAIL CORPORATION *v.* GOTT-SHALL; and CONSOLIDATED RAIL CORPORATION *v.* CARLISLE. C. A. 3d Cir. [Certiorari granted, *ante,* p. 912.] Motion of Southeastern Pennsylvania Transportation Authority for leave to file a brief as *amicus curiae* granted.

No. 93–377. DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK ET AL. *v.* MILHELM ATTEA & BROS., INC., ET AL. Ct. App. N. Y. [Certiorari granted, *ante,* p. 943.] Motion of Oneida Indian Nation of New York for leave to file a supplemental brief as *amicus curiae* denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant this motion.

No. 93–518. DOLAN *v.* CITY OF TIGARD. Sup. Ct. Ore. [Certiorari granted, *ante,* p. 989.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–644. HONDA MOTOR CO., LTD., ET AL. *v.* OBERG. Sup. Ct. Ore. [Certiorari granted, *ante,* p. 1068.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–6781. IN RE NEWTOP. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1085] denied.

No. 93–6782. IN RE NEWTOP. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1085] denied.

No. 93–6919. IN RE ANDERSON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1038] denied.

No. 93–7808. IN RE KLVANA; and
No. 93–7814. IN RE EDGINGTON. Petitions for writs of habeas corpus denied.

No. 93–7368. IN RE RYAN. Petition for writ of mandamus denied.

No. 93–892. NTA GRAPHICS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted.